UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **CIANBRO COMPANIES,** )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>**MICHAEL UREMOVICH, ET AL.,** )<br>)<br>**DEFENDANTS** ) | CIVIL NO. 1:12-cv-330-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 28, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on the defendants' motion to dismiss and Order denying the defendants' motion for oral argument. The defendants filed an objection to the Recommended Decision on February 6, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion to dismiss is **DENIED** as to Counts I through IV, but **GRANTED** as to Count V.

The defendants shall file a full response to the motion for preliminary injunction by March 11, 2013.

**SO ORDERED.**

**DATED THIS 4TH DAY OF MARCH, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**